# ELECTRONIC RECORD

**541-15**
**542-15**

COA #  06-14-00046-CR-comp. 0-14-047-CR

OFFENSE: 22.021

STYLE: Leavelle Franklin v. The State of Texas

COUNTY: Bowie

COA DISPOSITION: Affirmed

TRIAL COURT: 102nd District Court

DATE: 3/10/15     Publish: YES

TC CASE #: 13F1053-102

## IN THE COURT OF CRIMINAL APPEALS

**541-15**
**542-15**

STYLE: Leavelle Franklin v. The State of Texas

CCA #: _____

_____*APPELLANT'S*_____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_____ Refused

JUDGE: _____

DATE: 10/28/2015

SIGNED: _____     PC: _____

JUDGE: _____

PUBLISH: _____     DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____